```
        IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

SAMUEL POSTER,                  )
                                )
          Plaintiff,            )         8:04CV534
                                )
     v.                         )
                                )
MARRIOTT INTERNATIONAL, INC.,   )         ORDER
a foreign corporation, d/b/a    )
MARRIOTT,                       )
                                )
          Defendant.            )
_____)
```

This matter is before the Court on the motion of Robert J. Meyer to withdraw as counsel for plaintiff (Filing No. 28). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion of Robert J. Meyer to withdraw as counsel for plaintiff is granted. James R. Welsh remains as counsel for plaintiff.

DATED this 30th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court