IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMUEL POSTER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv534 |
| | ) | |
| v. | ) | |
| | ) | |
| MARRIOTT INTERNATIONAL, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 37 be stricken from the record for the following reason:

- Duplicate document of number 35.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 37 from the record.

DATED this 20th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court