IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SAMUEL POSTER,                    )
                                  )
          Plaintiff,              )       8:04CV534
                                  )
     v.                           )
                                  )
MARRIOTT INTERNATIONAL, INC.,     )       ORDER
a foreign corporation, d/b/a      )
MARRIOTT,                         )
                                  )
          Defendant.              )
_____)
```

      This matter is before the Court on defendant's motion to quash plaintiff's notices of deposition (Filing No. 38). After reviewing the response to defendant's motion to quash (Filing No. 40) and the reply in support of defendant's motion to quash (Filing No. 41), and after a telephone conference with counsel, the Court finds said motion should be granted. Accordingly,

      IT IS ORDERED that defendant's motion to quash plaintiff's notices of deposition is granted.

      DATED this 21st day of September, 2005.

                                    BY THE COURT:

                                    /s/ Lyle E. Strom
                                    _____
                                    LYLE E. STROM, Senior Judge
                                    United States District Court