IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SAMUEL POSTER,                 )
                               )
          Plaintiff,           )         8:04CV534
                               )
     v.                        )
                               )
MARRIOTT INTERNATIONAL, INC.,  )         ORDER
a foreign corporation, d/b/a   )
MARRIOTT,                      )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on defendant's motion for summary judgment (Filing No. 32). The Court has reviewed the motion, the briefs and other submissions of the parties and finds said motion should be denied. Accordingly,

IT IS ORDERED that defendant's motion for summary judgment is denied; this matter is scheduled for trial on:

**Tuesday, January 3, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 18th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court