IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SAMUEL POSTER,                  )
                                )
            Plaintiff,          )        8:04CV534
                                )
        v.                      )
                                )
MARRIOTT INTERNATIONAL, INC.,   )        ORDER
a foreign corporation, d/b/a    )
MARRIOTT,                       )
                                )
            Defendant.          )
_____)
```

        This matter is before the Court on defendant's motion

to strike plaintiff's trial brief and proposed jury instructions

(Filing No. 65).  Inasmuch as trial of this matter is scheduled

for January 2, 2006, the Court will deny said motion as moot.

Accordingly,

        IT IS ORDERED that defendant's motion to strike

plaintiff's trial brief and proposed jury instructions is denied

as moot.

        DATED this 18th day of November, 2005.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                            LYLE E. STROM, Senior Judge
                            United States District Court