```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

SAMUEL POSTER,                )
                              )
            Plaintiff,        )         8:04CV534
                              )
      v.                      )
                              )
MARRIOTT INTERNATIONAL, INC., )         ORDER
a foreign corporation, d/b/a  )
MARRIOTT,                     )
                              )
            Defendant.        )
_____)
```

This matter is before the Court on the stipulation for dismissal (Filing No. 74). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay its own costs.

DATED this 26th day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court